| | | | |
|---|---|---|---|
| INSURED | : Kurtell Medical Center LLC | DATE OF REPORT | : 6/23/2006 |
| LOCATION | : 777 37th Street | DATE OF LOSS | : 9/4/2004 |
| | : Vero Beach, FL 32960 | POLICY NUMBER | : 09-2510177411 |
| COMPANY | : Fidelity National Insurance Company | CLAIM NUMBER | : FNIC-1-04-0029391 |
| | : | OUR FILE NUMBER | : 41213-R1 |
| | : | ADJUSTER NAME | : Josh Bodden |

# BUILDING ESTIMATE

## BUILDING INFORMATION

## ESTIMATE RECAP

| | |
|---|---|
| Estimate Grand Totals: | $64,865.04 |
| Total Depreciation: | $0.00 |
| A.C.V. Estimate Totals: | $64,865.04 |
| Policy Deductible: | $500.00 |
| Final Totals: | $64,365.04 |

## ESTIMATE COMMENTS

***This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.***

SIMSOL®
Form EST-1/2.6-SP3 a

Cover Page

Exhibit "B"

| INSURED | : Kurtell Medical Center LLC | DATE OF REPORT | : 6/23/2006 |
|---|---|---|---|
| LOCATION | : 777 37th Street | DATE OF LOSS | : 9/4/2004 |
| | : Vero Beach, FL 32960 | POLICY NUMBER | : 09-2510177411 |
| COMPANY | : Fidelity National Insurance Company | CLAIM NUMBER | : FNIC-1-04-0029391 |
| | : | OUR FILE NUMBER | : 41213-R1 |
| | : | ADJUSTER NAME | : Josh Bodden |

### Estimate Section: Elevators

Elevators .................................................. 16' x 18' 5.0" x 22'

| Lower Perimeter: | 68.80 LF | Floor SF: | 294.70 SF | Wall SF: | 1514.30 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 68.80 LF | Floor SY: | 32.74 SY | Ceiling SF: | 294.70 SF |

| # | Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|---|
| 1 | 1.0 EA | Elevators have not recieved repair invoices, receipts, possible supplement | $0.00 | $0.00 | | $0.00 |
| | | **Totals For Elevators** | | **$0.00** | **$0.00** | **$0.00** |

### Estimate Section: Area below first elevated floor

Area below first elevated floor .................... 201' x 432' x 10'

| Lower Perimeter: | 1266.00 LF | Floor SF: | 86832.00 SF | Wall SF: | 12660.00 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 1266.00 LF | Floor SY: | 9648.00 SY | Ceiling SF: | 86832.00 SF |

| # | Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|---|
| 2 | 86832.0 S | Flood Loss Clean-up (100.0%) | $0.40 | $34,732.80 | | $34,732.80 |
| 3 | 5064.0 SF | Mildewcide Wall Treatment (100.0% / 4.0') | $0.30 | $1,519.20 | | $1,519.20 |
| 4 | 86832.0 S | Mildewcide Floor Treatment (100.0%) | $0.30 | $26,049.60 | | $26,049.60 |
| 5 | 1.0 EA | Electrical Service Call For electrical items below water line | $1,500.00 | $1,500.00 | | $1,500.00 |
| 6 | 5064.0 SF | Pressure Wash Foundation Walls (100.0% / 4.0') to water line | $0.21 | $1,063.44 | | $1,063.44 |
| | | **Totals For Area below first elevated floor** | | **$64,865.04** | **$0.00** | **$64,865.04** |

***This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.***

SIMSOL®
Form EST-1/2.6-3P3

Page: 1

| INSURED | : Kurtell Medical Center LLC | DATE OF REPORT | : 6/23/2006 |
| LOCATION | : 777 37th Street | DATE OF LOSS | : 9/4/2004 |
| | : Vero Beach, FL 32960 | POLICY NUMBER | : 09-2510177411 |
| COMPANY | : Fidelity National Insurance Company | CLAIM NUMBER | : FNIC-1-04-0029391 |
| | : | OUR FILE NUMBER | : 41213-R1 |
| | : | ADJUSTER NAME | : Josh Bodden |

## ESTIMATE TOTALS

| ESTIMATE TOTAL PAGE ITEMS | RCV | DIFF | ACV |
|---|---|---|---|
| Repair Item Totals | $64,865.04 | $0.00 | $64,865.04 |
| Estimate Grand Totals | $64,865.04 | $0.00 | $64,865.04 |
| Less Deductible | ($500.00) | | ($500.00) |
| **BUILDING FINAL TOTALS** | **$64,365.04** | **$0.00** | **$64,365.04** |

The adjuster has no authority to approve or deny claims. R/R means: Remove and Replace damaged Item. A copy of this estimate does not constitute a settlement of this claim. This estimate is subject to review and approval by your carrier, any additional repair to or replacement of items not included in this estimate is also subject to the Insurance company's prior approval. You are required to keep all receipts, cancelled checks, inspection reports, etc. as proof of repair/replacement in the event of any future loss. This is not an authorization for repairs. The hiring of a contractor is strictly the decision of the policy holder.

***This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.***

SIMSOL®
Form EST-1/2.6-SP3 •

Total Page