UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
Case No. 09-14344-CIV-MOORE/LYNCH

KURTELL MEDICAL CENTER, LLC,

    Plaintiff,

v.

FIDELITY NATIONAL INSURANCE
COMPANY,

    Defendant.

### RULE 41(a) STIPULATION FOR DISMISSAL WITH PREJUDICE

NOW INTO COURT, come the Plaintiff, KURTELL MEDICAL CENTER, LLC, and Defendant, FIDELITY NATIONAL INSURANCE COMPANY, who each and all do hereby stipulate and agree that all claims in the above-referenced cause are hereby dismissed with prejudice with each party hereto to bear its own costs and attorneys' fees.

The said parties pray that this Court issue an Order dismissing this case with each party to bear its own costs and attorneys' fees.

Dated August 23rd, 2010.

| | |
|---|---|
| s/ H. Randal Brennan | s/ J. Michael Pennekamp |
| H. Randal Brennan, Esq. | J. Michael Pennekamp |
| Fla. Bar No. 398934 | Fla. Bar No. 983454 |
| BRENNAN & KRETSCHMER | FOWLER WHITE BURNETT P.A. |
| 1443 20th St., Suite A | Espirito Santo Plaza |
| P.O. Box 520 | 1395 Brickell Avenue, 14th Floor |
| Vero Beach, FL 32961-0520 | Miami, Florida 33131-3302 |
| Telephone: (772) 778-3835 | Telephone: (305) 789-9200 |
| Facsimile: (772) 778-3835 | Facsimile: (305) 789-9201 |
| Email: hrblaw@bellsouth.net | E-mail: jmp@fowler-white.com |
| *Counsel for Kurtell Medical Center, LLC* | *Local Counsel for Fidelity National Insurance Company* |

-2-

Case No. 09-14344-CIV-MOORE/LYNCH

## CERTIFICATE OF SERVICE

      I hereby certify that on August 23, 2010, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        s/ J. Michael Pennekamp
                                        J. Michael Pennekamp

## SERVICE LIST
Kurtell Medical vs. Fidelity
CASE NO. 09-14344-CIV-MOORE/LYNCH

H. Randal Brennan, Esq.
BRENNAN & KRETSCHMER
1443 20th St., Suite A
P.O. Box 520
Vero Beach, FL 32961-0520
Email:hrblaw@bellsouth.net
Telephone: (772) 778-3777
Facsimile: (772) 778-3835
Attorney for KURTELL MEDICAL CENTER, LLC
Service via transmission of Notices of
Electronic Filing generated by CM/ECF