UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
Case No. 09-14344-CIV-MOORE/LYNCH

KURTELL MEDICAL CENTER, LLC,

    Plaintiff,

v.

FIDELITY NATIONAL INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Rule 41(a) Stipulation for Dismissal presented by the parties;

IT IS ORDERED that the above referenced cause is hereby dismissed with prejudice with each party bearing its own costs and attorneys' fees.

DONE AND ORDERED in Chambers in Miami, Florida, this ____ day of August, 2010.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record